UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACI WORLDWIDE CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>KEYBANK NATIONAL ASSOCIATION, et al.<br><br>          Defendants. | CASE NO. 1:17-CV-10662<br><br>JUDGE INDIRA TALWANI<br><br>**DEFENDANTS' MOTION TO DISMISS COUNTS II, III, VI, VII, AND VIII OF PLAINTIFF'S SECOND AMENDED COMPLAINT** |

      Pursuant to Fed. R. Civ. P. 12(b)(6), defendants KeyBank National Association (KeyBank) and KeyCorp (collectively, Key), hereby move to dismiss Counts II, III, VI, VII, and VIII of plaintiff ACI Worldwide Corp.'s second amended complaint.  The grounds for this motion are contained in the accompanying memorandum in support, which is being filed concurrently with this motion and is incorporated here by reference.

2

| | |
|---|---|
| Dated:  October 30, 2017 | DEFENDANTS<br>KEYBANK NATIONAL ASSOCIATION<br>and KEYCORP<br><br>By their attorneys,<br><br>*/s/ James A. Slater*<br>Christopher R. O'Hara (BBO # 548611)<br>cohara@toddweld.com<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>(617) 720-2626<br><br>Daniel R.Warren (*pro hac vice* admission)<br>dwarren@bakerlaw.com<br>James A. Slater (*pro hac vice* admission)<br>jslater@bakerlaw.com<br>Daniel M. Kavouras (*pro hac vice* admission)<br>dkavouras@bakerlaw.com<br>BakerHostetler LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>(216) 861-7145<br><br>*Attorneys for KeyBank National Association and KeyCorp* |

<a>
</a>

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

      Counsel for defendants hereby certifies that, in accordance with Local Rule 7.1(a)(2), they conferred with counsel for plaintiff by phone on October 30, 2017 in an effort to resolve or narrow the issues raised by this motion, or to obtain the assent of the plaintiff to the dismissal of all or part of the second amended complaint. The parties were unable to resolve or narrow the issues raised by the motion, and the plaintiff did not provide its assent to the motion.

Dated:  October 30, 2017

DEFENDANTS
KEYBANK NATIONAL ASSOCIATION
and KEYCORP

By their attorneys,

*/s/ James A. Slater*
Christopher R. O'Hara (BBO # 548611)
cohara@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Daniel R. Warren (*pro hac vice* admission)
dwarren@bakerlaw.com
James A. Slater (*pro hac vice* admission)
jslater@bakerlaw.com
Daniel M. Kavouras (*pro hac vice* admission)
dkavouras@bakerlaw.com
BakerHostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7145

*Attorneys for KeyBank National Association and KeyCorp*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically and served upon the following parties by electronic mail on this October 30, 2017.

Kevin T. Peters
Jason E. Armiger
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
P: 617-350-6800
F: 617-350-6878
*kevin.peters@gesmer.com*
*jason.armiger@gesmer.com*

*Counsel for ACI Worldwide, Inc.*

*/s/James A. Slater*
Counsel for KeyBank National Association and KeyCorp